## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JYLL LATHAM BATTLES and**
**JIMMIE LEE BATTLES**                                                                        **PLAINTIFFS**

**v.**                                            **Case No. 4:14-cv-00698-KGB**

**CITY OF LITTLE ROCK, ARKANSAS**                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court dismisses without prejudice this case.  The relief requested is denied.

It is so ordered this the 10th day of May, 2016.


KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE